# In the United States Court of Federal Claims

No. 14-354 C
Filed: May 13, 2014

```
*****************************************
SPACE EXPLORATION TECHNOLOGIES  *
CORP.,                          *
                                *
        Plaintiff,              *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
        Defendant,              *
and                             *
                                *
UNITED LAUNCH SERVICES, LLC,    *
                                *
Defendant-Intervenor.           *
                                *
*****************************************
```

## ORDER

Pursuant to Rule 83.1(c)(4)(A)(i)(I) of the Rules of the United States Court of Federal Claims, Defendant-Intervenor's Motion For Leave To Substitute Counsel is granted. The Clerk of Court will enter the substitution of counsel on the docket, and counsel of record for Defendant-Intervenor will now be listed as follows:

Michael F. Mason
HOGAN LOVELLS
555 13th Street, NW Washington, D.C. 20004
(202) 637-5499- Phone
(202) 637-5910- Fax
mike.mason@hoganlovells.com

**IT IS SO ORDERED**.

 s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**